IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL HARPER,

    Plaintiff,            No. CIV S-10-0673 KJM P

    vs.

L. HARIKIAN,

    Defendant.          <u>ORDER</u>

_____/

        After reviewing court files, it appears the "amended" complaint filed in this case concerns the same essential events as those in the complaints filed in CIV-S-09-1969 GEB KJN P. Good cause appearing, IT IS HEREBY ORDERED that the complaint filed in this action be filed in CIV-S-09-1969 GEB KJN P and this action be closed.

DATED: April 2, 2010.

_____
U.S. MAGISTRATE JUDGE

1/kly
harp0673.trn